**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOSHUA STRICKLIN,                                                                                          PLAINTIFF
ADC # 138119

v.                                            No. 5:11CV00178 JLH-JJV

NATHASHA MARTIN, Mental Health
Counselor, Varner Supermax,
Arkansas Department of Correction, *et al*.                                                   DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss. Plaintiff states he is withdrawing his Complaint because he does not want to incur a "strike" pursuant to the Prison Litigation Reform Act. Accordingly, Plaintiff's Motion is GRANTED and this case is DISMISSED without prejudice. Document #8.

IT IS SO ORDERED this 24th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE