**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOSHUA STRICKLIN,                                                               PLAINTIFF
ADC # 138119

v.                    No. 5:11CV00178 JLH-JJV

NATHASHA MARTIN, Mental Health
Counselor, Varner Supermax,
Arkansas Department of Correction, *et al*.                       DEFENDANTS

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 24th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE